**Electronically Filed
Supreme Court
SCWC-19-0000278
15-NOV-2023
12:38 PM
Dkt. 12 ODAC**

SCWC-19-0000278

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

SAMUEL B. SNIFFIN and SETH E. CONKLIN,
Petitioners/Plaintiffs-Appellants,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY,
Respondent/Defendant/Third-Party Plaintiff-Appellee,

and

MATTHEW MAZZOCCA,
Respondent/Third-Party Defendant-Appellee.
(CIV. NO. 1CC131002943)
---------------------------------------------------------------

SAMUEL B. SNIFFIN and SETH E. CONKLIN,
Petitioners/Plaintiffs-Appellants,

vs.

MATTHEW MAZZOCCA,
Respondent/Defendant-Appellee.
(CIV. NO. 1CC141001193)
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000278)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna and Eddins, JJ., and Circuit
Judges DeWeese and Drewyer, assigned by reason of vacancies)

Petitioners Samuel B. Sniffin and Seth E. Conklin's

Application for Writ of Certiorari, filed on October 2, 2023, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, November 15, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Wendy M. DeWeese

/s/ Michelle L. Drewyer

